# IN THE SUPREME COURT OF THE STATE OF NEVADA

HARVEY DRUBIN,
                    Appellant,
vs.
PATCHMD, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND DENNIS
SHEPHERD, AN INDIVIDUAL,
                    Respondents.

No. 76817

**FILED**

SEP 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Appellant's request to refund the filing fee is denied.

It is so ORDERED.

_____, C.J.

cc:  Hon. James Crockett, District Judge
     Harvey Drubin
     Semenza Kircher Rickard,
     Eighth District Court Clerk

18-36753